# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JERXAVIER LANE

NO. 2020 KW 0918

DECEMBER 07, 2020

---

In Re:     JerXavier Lane, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 16-WFLN-616.

---

**BEFORE:     HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.** An accused who commits separate and distinct offenses during the same criminal episode or transaction may be prosecuted and convicted for each offense without violating the principle of double jeopardy. **State v. Nichols**, 337 So.2d 1074, 1078 (La. 1976); **State v. Staden**, 2014-0459 (La. App. 1st Cir. 9/24/14), 154 So.3d 579, 584, <u>writ denied</u>, 2014-2254 (La. 6/5/15), 171 So.3d 945. Relator admitted to and was sentenced for committing two separate and distinct acts of battery against two different correctional facility employees when he entered the nolo contendere pleas. Therefore, his allegation of a double jeopardy violation for multiple punishments for a single offense is without merit on its face. Accordingly, the district court did not err by denying the motion to amend, modify, or reconsider sentence.

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT